UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NGAMBO,

                    Plaintiff(s),　　　　　　**ADJOURNMENT ORDER**

     - against -

                    　　　　　　　　　　　20 Civ. 2221 (NSR)

BANK OF AMERICA,

                    Defendant(s).
--------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a Status Conference on December 17, 2021 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendant's motion for judgment on the pleadings.

                                                  SO ORDERED.

Dated:    White Plains, New York
             December 15, 2021

                                          Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021