UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULES NGAMBO,

                Plaintiff,

-against-

BANK OF AMERICA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2022

No. 20-cv-2221 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    In its June 8, 2022 Opinion on Defendant Bank of America's motion for judgment on the pleadings, this Court dismissed *pro se* Plaintiff Jules Ngambo's claims and granted him until July 22, 2022 to file an amended complaint as to those claims which have been dismissed without prejudice. (ECF No. 38.) Plaintiff was advised that failure to timely file an amended complaint would result in his claims being deemed dismissed with prejudice. (*Id.*) To date, Plaintiff has not communicated with the Court and has not filed an amended complaint. In light of the foregoing, Plaintiff's claims are dismissed with prejudice and this action is dismissed.

    The Clerk of the Court is respectfully directed to terminate the action, to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

Dated:  July 25, 2022
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge